1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

UNITED STATES OF AMERICA,

No. CR 23-05328-TMC

8

Plaintiff,

9

vs.

ORDER GRANTING MOTION TO
WITHDRAW AND FOR
APPOINTMENT OF NEW COUNSEL

10

JESUS EMMANUEL CARDENAS
GONZALEZ,

11

Defendant.

12

13

     This matter is before the Court on the Motion to Withdraw as Attorney for

14

Defendant Jesus Emmanuel Cardenas Gonzalez, by Emily Gause. The Court has reviewed

15

the motion as well as the accompanying declaration. It is satisfied that there are sufficient

16

grounds for withdrawal. The Court additionally grants the request to appoint new counsel

17

pursuant to the Criminal Justice Act (CJA).

18

     Accordingly, it is hereby ORDERED that the Motion to Withdraw as Attorney is

19

GRANTED.  The Clerk shall contact the CJA panel and seek the appointment of new

20

counsel.

21

22

23

24

ORDER - 1

DATED this 22nd day of February, 2024.

Tiffany M. Cartwright
United States District Judge